JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET KHAKSHOOY, an individual<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company<br><br>Defendants. | Case No: CV 23-5188-GW-RAOx<br><br>District Judge: George H Wu<br>Magistrate Judge: Rozella A. Oliver<br><br>**ORDER OF DISMISSAL** |

1  Based on the stipulation of the parties, and good cause appearing therefore,
2  the stipulation is approved. The entire action, including all claims and counterclaims
3  stated herein against all parties, is hereby ORDERED dismissed with prejudice, in
4  accordance with the terms of the written settlement agreement entered into between
5  the parties

**IT IS SO ORDERED.**

DATE: March 15, 2024         By: _____
                                HON. GEORGE H. WU,
                                U.S. DISTRICT JUDGE